## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

BETTY T. FERGUSON, *et al.*

    Plaintiffs,

v.

MIAMI DOLPHINS, *et al.*

    Defendants.

CASE NO. 1:20-cv-24483-RNS

### DEFENDANT RSE VENTURES, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant RSE Ventures, LLC ("RSE"), a New York limited liability company, states that that it does not have a corporation for a parent and that no publicly held company owns 10% or more of stock in RSE.

**BILZIN SUMBERG BAENA PRICE**
**& AXELROD LLP**
*Attorneys for Defendant RSE Ventures, LLC*
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: */s/ Shalia Sakona*
    **MELISSA PALLETT VASQUEZ ESQ.**
    Florida Bar No. 715816
    mpallet@bilzin.com
    **SHALIA SAKONA, ESQ.**
    Florida Bar No. 107398
    ssakona@bilzin.com
    **MITCHELL E. WIDOM, ESQ.**
    Florida Bar No. 473911
    mwidom@bilzin.com
    **BRIANNA SAINTE, ESQ.**
    Florida Bar No. 1018951
    bsainte@bilzin.com
    alopez@bilzin.com

stapanes@bilzin.com  
etrujillo@bilzin.com  
service@bilzin.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                        /s/ *Shalia Sakona*
                            Shalia Sakona